**IN THE UNITED STATES FEDERAL COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **BRANDON UPCHURCH,** | ) | Case No. 3:25-cv-00711 |
| | ) | |
| Plaintiff, | ) | Hon. James R. Knepp, II |
| | ) | |
| vs. | ) | **ANSWER AND AFFIRMATIVE DEFENSES** |
| | ) | **OF DEFENDANTS TO PLAINTIFF'S** |
| **CITY OF TOLEDO, et al.** | ) | **COMPLAINT** |
| | ) | |
| Defendants. | ) | Dale R. Emch, Director of Law (008004) |
| | ) | Jeffrey B. Charles, Chief of Litigation (0064514) |
| | ) | Tammy G. Lavalette, Senior Attorney (0071533) |
| | ) | City of Toledo, Department of Law |
| | ) | One Government Center, Suite 2250 |
| | ) | Toledo, Ohio 43604-2293 |
| | ) | Telephone: (419) 245-1020 |
| | ) | Facsimile: (419) 245-1090 |
| | ) | |
| | ) | Counsel for Defendants |

Now come Defendants City of Toledo and Adrian Wilson by and through counsel, and for their answer to Plaintiff's Complaint, states as follows:

## INTRODUCTION

1.  Defendants deny the allegations contained in paragraph 1 of Plaintiff's Complaint in the manner and form alleged and leave Plaintiff to his proofs.

2.  Defendants deny the allegations contained in paragraph 2 of Plaintiff's Complaint in the manner and form alleged and leave Plaintiff to his proofs.

## PARTIES AND JURISDICTION

3.  Defendants deny the allegations contained in paragraph 3 of Plaintiff's Complaint.

4.  Defendants admit the allegations contained in paragraph 4 of Plaintiff's Complaint.

5.   Defendants admit that Adrian Wilson is a Toledo Police Department officer and deny all remaining allegations contained in paragraph 5 of Plaintiff's Complaint as improper.

6.   Paragraph 6 of Plaintiff's Complaint is a jurisdictional statement to which no response is required.

7.   Defendants deny the allegations contained in paragraph 7 of Plaintiff's Complaint in the manner and form alleged and leave Plaintiff to his proofs.

8.   Defendants admit that venue is proper, any wrongdoing alleged in paragraph 8 of Plaintiff's Complaint is denied.

## FACTS

9.   Defendants deny the allegations contained in paragraph 9 of Plaintiff's Complaint in the manner and form alleged and leave Plaintiff to his proofs.

10.   Defendants deny the allegations contained in paragraph 10 of Plaintiff's Complaint in the manner and form alleged and leave Plaintiff to his proofs.

11.   Defendants deny the allegations contained in paragraph 11 of Plaintiff's Complaint in the manner and form alleged and leave Plaintiff to his proofs.

12.   Defendants deny the allegations contained in paragraph 12 of Plaintiff's Complaint in the manner and form alleged and leave Plaintiff to his proofs.

13.   Defendants deny the allegations contained in paragraph 13 of Plaintiff's Complaint in the manner and form alleged and leave Plaintiff to his proofs.

14.   Defendants deny the allegations contained in paragraph 14 of Plaintiff's Complaint in the manner and form alleged and leave Plaintiff to his proofs.

15.   Defendants deny the allegations contained in paragraph 15 of Plaintiff's Complaint.

16.    Defendants deny the allegations contained in paragraph 16 of Plaintiff's Complaint in the manner and form alleged and leave Plaintiff to his proofs.

17.    Defendants deny the allegations contained in paragraph 17 of Plaintiff's Complaint.

18.    Defendants deny the allegations contained in paragraph 18 of Plaintiff's Complaint.

19.    Defendants deny the allegations contained in paragraph 19 of Plaintiff's Complaint in the manner and form alleged and leave Plaintiff to his proofs.

20.    Defendants deny the allegations contained in paragraph 20 of Plaintiff's Complaint in the manner and form alleged and leave Plaintiff to his proofs.

21.    Defendants deny the allegations contained in paragraph 21 of Plaintiff's Complaint in the manner and form alleged and leave Plaintiff to his proofs.

22.    Defendants deny the allegations contained in paragraph 22 of Plaintiff's Complaint in the manner and form alleged and leave Plaintiff to his proofs.

23.    Defendants deny the allegations contained in paragraph 23 of Plaintiff's Complaint in the manner and form alleged and leave Plaintiff to his proofs.

24.    Defendants admit the allegations contained in paragraph 24 of Plaintiff's Complaint.

### COUNT I
**Unreasonable Seizure**
**Fourth Amendment and 42 U.S.C. §1983**
**(against Defendant Wilson)**

25.    Defendants reallege and reaver all of their previous statements put forth above, herein as to paragraph 1 through 24 of Plaintiff's Complaint.

26.    Paragraph 26 of Plaintiff's Complaint is a legal statement to which no response is required.

27.    Defendants deny the allegations contained in paragraph 27 of Plaintiff's Complaint.

28.    Defendants deny the allegations contained in paragraph 28 of Plaintiff's Complaint.

29.    Defendants deny the allegations contained in paragraph 29 of Plaintiff's Complaint.

30.     Defendants deny the allegations contained in paragraph 30 of Plaintiff's Complaint.

31.     Defendants deny the allegations contained in paragraph 31 of Plaintiff's Complaint in the manner and form alleged and leave Plaintiff to his proofs.

32.     Defendants deny the allegations contained in paragraph 32 of Plaintiff's Complaint.

**COUNT II**
**Excessive Force**
**Fourth Amendment and 42 U.S.C. §1983**
**(against Defendant Wilson)**

33.     Defendants reallege and reaver all of their previous statements put forth above, herein, as to paragraphs 1 through 32 of Plaintiff's Complaint.

34.     Paragraph 34 of Plaintiff's Complaint is a legal standard to which no response is required. Defendants deny any wrongdoing alleged.

35.     Defendants deny the allegations contained in paragraph 35 of Plaintiff's Complaint in the manner and form alleged and leave Plaintiff to his proofs.

36.     Defendants admit the allegations contained in paragraph 36 of Plaintiff's Complaint.

37.     Defendants deny the allegations contained in paragraph 37 of Plaintiff's Complaint.

38.     Defendants deny the allegations contained in paragraph 38 of Plaintiff's Complaint.

**COUNT III**
**Municipal Liability for Violation of Civil Rights, 42 U.S.C. §1983**
**(against Defendant City of Toledo)**

39.     Defendants reallege and reaver all of their previous statements put forth above, herein, as to paragraphs 1 through 38 of Plaintiff's Complaint.

40.     Defendants deny the allegations contained in paragraph 40 of Plaintiff's Complaint in the manner and form alleged and leave Plaintiff to his proofs.

41.     Defendants deny the allegations contained in paragraph 41 of Plaintiff's Complaint.

42.     Defendants deny the allegations contained in paragraph 42 of Plaintiff's Complaint.

**COUNT IV**
**Battery under Ohio law**
**(against Defendant Wilson)**

43.     Defendants reallege and reaver all of their previous statements put forth above, herein, as
        to paragraphs 1 through 42 of Plaintiff's Complaint.

44.     Defendants deny the allegations contained in paragraph 44 of Plaintiff's Complaint.

45.     Defendants deny the allegations contained in paragraph 45 of Plaintiff's Complaint.

46.     Defendants deny the allegations contained in paragraph 46 of Plaintiff's Complaint.

47.     Defendants deny the allegations contained in paragraph 47 of Plaintiff's Complaint.

**AFFIRMATIVE DEFENSES**

1.      Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2.      Plaintiff has failed to join all necessary parties for just adjudication as per Civ.R. 19 and
        19.1 as required by law, and therefore any recovery is barred.

3.      Defendants are immune from liability by virtue of the provisions of Chapter 2744 of the
        Ohio Revised Code.

4.      Defendants' conduct did not violate any clearly established statutory or constitutional
        rights of which a reasonable person would have known.

5.      Defendant City of Toledo is immune from liability as to Plaintiff's State law claims, by
        virtue of the provisions of Chapter 2744, Ohio Revised Code.

6.      Plaintiff's right of recovery for a State law claim is limited by the provisions of Chapter
        2744 Ohio Revised Code.

7.      Plaintiff has not suffered any injury or damage in fact or in law.

8.  Any actions taken by any named Officer was in all respects, reasonable, proper, lawful, and undertaken in good faith and with probable cause, and in the execution of statutory duties imposed by the Ohio Revised Code.

9.  To the extent that any Officer is named in their individual capacity, said Defendant conducted themselves at all times material to Plaintiff's Complaint in a manner authorized or required by law, and thus cannot be found liable in their individual capacity.

10. The Officers were not engaged in any unconstitutional activity or omission and therefore, Plaintiff has sustained no constitutional deprivation or violation.

11. Named Defendant City of Toledo has not adopted or followed any governmental custom, usage or official policy, nor has it failed to adopt constitutional policies, so as to give rise to any claim set forth in Plaintiff's Complaint.

12. Plaintiffs are not entitled to recover punitive damages against Defendant City of Toledo.

13. All officers actions toward Plaintiff were without malice.

14. Defendant, City of Toledo cannot be held liable under the doctrine of *respondeat superior*.

15. To the extent that some injury or damaged occurred, such injury or damage was proximately caused by the negligent, intentional, wrongful and/or unlawful act or acts of the Plaintiff. Defendants are immune from liability under 42 U.S.C. Section 1983.

16. Defendant City of Toledo is not vicariously liable under 42 U.S.C. Section 1983 for any alleged acts of individual employees.

17. All named officers are entitled to qualified immunity under law as to all claims asserted against them in their individual capacity.

18. Defendants' conduct did not violate any clearly established statutory or constitutional rights of which a reasonable person would have known.

19.   Plaintiff is not entitled to recover punitive damages against Defendant City of Toledo.

20.   Plaintiff lacks standing to prosecute this lawsuit.

21.   Plaintiff is barred from asserting these claims by the applicable statute of limitations.

22.   Plaintiff's damages, if any, were the proximate result of substantial intervening causes.

23.   Defendants are not liable for any claims based on the doctrine of res judicata as they are

barred by R.C. 2744.01 and all related subsections.

Defendants reserve the right to amend their answer by asserting additional defenses which discovery may reveal.

WHEREFORE, Defendants, the City of Toledo and Adrian Wilson demand that Plaintiff's Complaint be dismissed as to all Defendants in its entirety with prejudice at Plaintiff's costs and for such other further relief to which said Defendants may be entitled at law or in equity.

Respectfully submitted,

_/s/ Jeffrey B. Charles_____
Jeffrey B. Charles, Chief of Litigation
Attorney for Defendants

## **CERTIFICATION**

This is to certify that a copy of the foregoing *Answer and Affirmative Defenses of Defendants to Plaintiff's Complaint* has been sent via electronic mail to Attorneys for Plaintiff, Peter Pattakos at peter@pattakos.law.com and Jerome Phillips at jpesq@bex.net this 29th day of May 2024.

_/s/ Jeffrey B. Charles_____
Attorney for Defendants

Law/Charles/Keith//AnswerandAffirmativeDefenses