# IN THE UNITED STATES FEDERAL COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **BRANDON UPCHURCH,** | Case No. 3:25-cv-00711 |
| Plaintiff, | Hon. James R. Knepp, II |
| vs. | **JUDGMENT ENTRY OF DISMISSAL** |
| **CITY OF TOLEDO, et al.** | Dale R. Emch, Law Director (0080004) |
| Defendants. | Jeffrey B. Charles, Chief of Litigation (064514) |
| | Tammy G. Lavalette, Senior Attorney (0071533) |
| | City of Toledo, Department of Law |
| | One Government Center, Suite 2250 |
| | Toledo, Ohio 43604 |
| | Telephone: (419) 245-1020 |
| | Fax: (419) 245-1090 |
| | Jeffrey.Charles@toledo.oh.gov |
| | Counsel for Defendants |

The parties having fully satisfied and settled their differences this cause of action is hereby Ordered dismissed with prejudice. Each side to pay their own costs.

                                                                                  s/ *James R. Knepp II*
                                                                                  Hon. James R. Knepp, II

*/s/ Peter Pattakos* per consent
_____
Peter Pattakos
Attorney for Plaintiff

*/s/ Jeffrey B. Charles*
_____
Jeffrey B. Charles
Attorney for Defendants

*/s/ Tammy G. Lavalette*
_____
Tammy G. Lavalette
Attorney for Defendants